# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| CFMOTO POWERSPORTS INC., | Civil No. 09-2202 (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| NNR GLOBAL LOGISTICS USA INC., | |
| Defendant. | |

___

Boris Parker and Nicholas Wenner, **PARKER & WENNER, PA,** 222 South Sixth Street, Suite 1700, Minneapolis, MN 55402, for plaintiff.

Dawn Van Tassel and Jason Lien, **MASLON EDELMAN BORMAN & BRAND, LLP**, 90 South Seventh Street, Suite 3300, Minneapolis, MN 55402, for defendant.

Upon consideration of Defendant NNR Global Logistics USA Inc.'s Stipulation for Dismissal with Prejudice [Docket No. 39] filed herein, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED:**

1. This matter is **DISMISSED WITH PREJUDICE**.

2. Each party shall bear its own fees and costs incurred, except as otherwise provided in the Parties' Settlement Agreement.

DATED: December 5, 2009
at Minneapolis, Minnesota.

                                                                 s/John R. Tunheim
                                                     JOHN R. TUNHEIM
                                       United States District Judge